IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
IN BALTIMORE

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 MAR 12  AM 11: 13
CLERK'S OFFICE
AT GREENBELT
BY ____ DEPUTY

| | |
|---|---|
| MIAH FAMILY FOUNDATION TRUST  )<br>Paula L Webber, TTEE  )<br>Kenneth Sanders, TTEE  )<br>PAULA L WEBBER  )<br>paula lorreen Family webber  )<br>  )<br>    Plaintiffs,  )<br>  )<br>vs.  )<br>  )<br>    Defendants  )<br>  )<br>SHAPIRO BROWN & ALT, LLP, et al  )<br>REGISTERED AGENTS  )<br>10021 BALLS FORD ROAD, SUITE 200  )<br>MANASSAS, VA  20190  )<br>  )<br>DIANA S. ROSENBERG  )<br>ROSENBERG & ASSOCIATES, LLC, et al  )<br>REGISTERED AGENTS  )<br>7910 WOODMONT AVE  )<br>BETHESDA, MD  39871  )<br>  )<br>TREANOR POPE & HUGHES, PA, et al  )<br>REGISTERED AGENTS  )<br>500 YORK ROAD  )<br>TOWSON, MD 21204  )<br>  )<br>WELLS FARGO BANK, N.A., et al  )<br>SUCCESSORS AND/OR ASSIGNEES  )<br>420 MONTGOMERY ST  )<br>SAN FRANCISCO, CA 94104  )<br>  )<br>WELLS FARGO HOME MORTGAGE, et al  )<br>SUCCESSORS AND/OR ASSIGNEES  )<br>P.O. BOX 10335  )<br>SAN FRANCISCO, CA 94104  )<br>  )<br>WELLS FARGO HOME MORTGAGE, et al  )<br>SUCCESSORS AND/OR ASSIGNEES  )<br>P.O. BOX 105693  )<br>ATLANTA, GA  30348-5693  )<br>  )<br>WELLS FARGO HOME MORTGAGE, et al  )<br>SUCCESSORS AND/OR ASSIGNEES  )<br>P.O. BOX 14411  )<br>DES MOINES, IA  50306-3411  )<br>  )<br>WELLS FARGO HOME MORTGAGE, et al  )<br>SUCCESSORS AND/OR ASSIGNEES  )<br>P.O. BOX 10335  )<br>DES MOINES, IA  50306-0335  )<br>  )<br>WELLS FARGO HOME MORTGAGE, et al  )<br>SUCCESSORS AND/OR ASSIGNEES  )<br>P.O. BOX 659558  )<br>SAN ANTONIO, TX  78265-9558  )<br>  )<br>Margaret Njeri Kuria  )<br>VICE PRESIDENT LOAN DOCUMENTATION  )<br>WELLS FARGO BANK, N.A.  )<br>4101 WISEMAN BLVD.  )<br>SAN ANTONIO, TX 78251  )<br>  )<br>Jorge Salamanca  )<br>VICE PRESIDENT LOAN DOCUMENTATION  )<br>WELLS FARGO BANK, N.A.  )<br>4101 WISEMAN BLVD.  )<br>SAN ANTONIO, TX 78251  )<br>  ) | CASE NO.  RDB15 CV 0686<br><br>**NOTICE OF LIS PENDENS** |

NOTICE OF LIS PENDENS

1

```
Monica I Montalvo Rivas                          )
VICE PRESIDENT LOAN DOCUMENTATION                )
WELLS FARGO BANK, N.A.                           )
SUCCESSORS AND/OR ASSIGNEES                      )
4101 WISEMAN BLVD                                )
SAN ANTONIO, TX  78251                           )
                                                 )
WACHOVIA BANK, et al                             )
SUCCESSORS AND/OR ASSIGNEES                      )
4101 WISEMAN BLVD                                )
SAN ANTONIO, TX 78251                            )
                                                 )
WORLD SAVINGS BANK, FSB, et al                   )
WORLD FEDERAL SAVINGS BANK, et al                )
SUCCESSORS AND/OR ASSIGNEES                      )
1901 HARRISON STREET                             )
OAKLAND, CA 94612                                )
                                                 )
WORLD SAVINGS & LOAN, et al                      )
9841 BROKENLAND PARKWAY                          )
COLUMBIA, MD  21046                              )
                                                 )
Gary Bradley                                     )
CENTRAL PROCESSING CENTER LLC                    )
340 MAIN STREET                                  )
GAITHERSBURG, MD  20878                          )
                                                 )
Sonya Morris                                     )
CENTRAL PROCESSING CENTER LLC                    )
340 MAIN STREET                                  )
GAITHERSBURG, MD  20878)                         )
```

## NOTICE OF LIS PENDENS

TO ALL PERSONS be it known of the pending litigation
IN THE UNITED STATES DISTRICT COURT, BALTIMORE MARYLAND

**TO:** The above named Defendants, AND ALL OTHERS WHOM IT MAY CONCERN:

You are hereby notified that on the ___11Th___ day of March 2015, suit was instituted by the undersigned in the above captioned and styled caused in the United States District Court, in Baltimore, Maryland, and that the Defendants are parties to said suit:

The following described real estate situated in Anne Arundel County, Maryland is involved in said suit, to-wit: The nature of the lien rights or interest sought to be enforced is as follows:

Plaintiffs brings this action to confirm title, to warn all persons/parties that the title to certain property is in litigation and they are in danger of being bound by an adverse judgment. Plaintiffs compels Defendants to convey legal title to the describe property involved is that certain parcel lot or unit suited and lying and being in Anne Arundel County, Maryland, and based on the fact that Plaintiffs have a secured interest and the Defendants and/or their successors in interest have failed to convey the described legal description and therefore, the purpose of "lis pendens" is to notify prospective purchasers and encumbrancers that any interest acquired by them in property in litigation is subject to decisions of court and while it is simply a notice of pending litigation, the effect thereof on the owner of property is constraining. The second notice is for the purpose of preserving rights pending litigation.

All parties involved in this issue have conspired together to cause Plaintiffs harm. No parties have proven their secured interest in property, and no party has stated a claim where relief can be granted, nor proven that they are the injured party. Defendants hold the interest in trust for the benefit of the Plaintiffs.

All parties listed are contributing to the attempted theft by deception of said property, filing fraudulent documents, attorneys who are third party debt collectors, appointing themselves as trustees, and listing

Plaintiff as grantor on their filings, have attempt to conduct illegal sale of property owned by a trust. Plaintiffs' rights were violated under 18 U.S.C 241, 242, 3571, 872, 876, 1001, 1621, 1963, 42 U.S.C 1983, and caused grave financial harm to Plaintiffs.

LEGAL DESCRIPTION OF PROPERTY:

LOT 15, AS SHOWN ON A PLAT ENTITLED "DORSET AT VILLAGES OF DORCHESTER," AS SHOWN ON PLATS THEREOF RECORDED AMONG THE LAND RECORDS OF ANNE ARUNDEL COUNTY, MARYLAND IN PLAT BOOK 258, PAGES 16-17, PLAT NO'S. 13442-13443. THEREOF RECORDED AMONG THE LAND RECORDS OF ANNE ARUNDEL COUNTY, MARYLAND, BEING IN THE 3RD ELECTION DISTRICT. THE IMPROVEMENTS THEREON BEING KNOWN AS 1552 PENZANCE WAY.

THE ADDRESS OF SAID PROPERTY: 1552 PENZANCE WAY, MD. 21076

TAX ID: 04-884-90218375000
PARCEL NO. 04-884-90218375000

PLAINTIFF'S SECURED INTEREST

| | |
|---|---|
| Years in Home: | 10 |
| Purchase price: | $ 445,000.00 |
| Monthly Payments (including taxes and insurance) | $ 532,350.00 |
| Maintenance and Improvements | $ 850,000.00 |
| Other | $ 700,000.00 |
| Total Estate/Life Estate | $2,527,350.00 |

WITNESS MY SIGNATURE this 11th day of March 2015

Respectfully submitted,

/s/ _____, TTEE
Miah Family Foundation Trust
Paula L Webber, TTEE
paula lorreen, Naked Owner/Peaceful Inhabitant

/s/ _____ (T)
Miah Family Foundation Trust
Kenneth Sanders, TTEE
Naked Owner/Peaceful Inhabitant

**CERTIFICATE OF SERVICE**

This is to certify that I, _____, have forwarded this date, _____ day of March 2015, a true and correct copy of the above and foregoing document, by regular U.S. Postal Mail.

SHAPIRO BROWN & ALT, LLP, et al
REGISTERED AGENTS
10021 BALLS FORD ROAD, SUITE 200
MANASSAS, VA 20190

DIANA S. ROSENBERG
ROSENBERG & ASSOCIATES, LLC, et al
REGISTERED AGENTS
7910 WOODMONT AVE
BETHESDA, MD 39871

TREANOR POPE & HUGHES, PA, et al
REGISTERED AGENTS
500 YORK ROAD
TOWSON, MD 21204

WELLS FARGO BANK, N.A.,
SUCCESSORS AND/OR ASSIGNEES
420 MONTGOMERY ST
SAN FRANCISCO, CA 94104

WELLS FARGO HOME MORTGAGE, et al
SUCCESSORS AND/OR ASSIGNEES
P.O. BOS 10335
SAN FRANCISCO, CA 94104

WELLS FARGO HOME MORTGAGE, et al
SUCCESSORS AND/OR ASSIGNEES
P.O. BOX 105693
ATLANTA, GA 30348-5693

WELLS FARGO HOME MORTGAGE, et al
SUCCESSORS AND/OR ASSIGNEES
P.O. BOX 14411
DES MOINES, IA 50306-3411

WELLS FARGO HOME MORTGAGE, et al
SUCCESSORS AND/OR ASSIGNEES
P.O. BOX 10335
DES MOINES, IA 50306-0335

WELLS FARGO HOME MORTGAGE, et al
SUCCESSORS AND/OR ASSIGNEES
P.O. BOX 659558
SAN ANTONIO, TX 78265-9558

Margaret Njeri Kuri
VICE PRESIDENT LOAN DOCUMENTATION
WELLS FARGO BANK, N.A.
4101 WISEMAN BLVD.
SAN ANTONIO, TX 78251

Jorge Salamanca
VICE PRESIDENT LOAN DOCUMENTATION
WELLS FARGO BANK, N.A.
4101 WISEMAN BLVD.
SAN ANTONIO, TX 78251

Monica I Montalvo Rivas
VICE PRESIDENT LOAN DOCUMENTATION
WELLS FARGO BANK, N.A.
4101 WISEMAN BLVD.
SAN ANTONIO, TX 78251

WORLD SAVINGS BANK, FSB, et al
WORLD FEDERAL SAVINGS BANK
SUCCESSORS AND/OR ASSIGNEES
1901 HARRISON STREET
OAKLAND, CA 94612

WACHOVIA BANK, et al
SUCCESSORS AND/OR ASSIGNEES
4101 WISEMAN BLVD
SAN ANTONIO, TX 78251

WORLD SAVINGS & LOAN, et al
SUCCESSORS AND/OR ASSIGNEES
9841 BROKENLAND PARKWAY
COLUMBIA, MD 21046

Gary Bradley
CENTRAL PROCESSING CENTER LLC
340 MAIN STREET
GAITHERSBURG, MD 20878

Sonya Morris
CENTRAL PROCESSING CENTER LLC
340 MAIN STREET
GAITHERSBURG, MD 20878

CC:
Al Redmer, Jr.
MARYLAND INSURANCE ADMINISTRATION
OFFICE OF THE COMMISSIONER
200 St. Paul Place, Suite 2700
Baltimore, MD 21202

Katherine F. Connelly, Executive Director
MARYLAND REAL ESTATE COMMISSION
500 North Calvert Street, 3rd Floor
Baltimore, MD 21202-3651
(410) 230-6230
Fax (410) 333-0023

Linda H. Lamone, Chair
ATTORNEY GRIEVANCE COMMISSION
People's Resource Center, Suite 3301
100 Community Place
Crownsville, MD 21032

Brian E. Frosh
MARYLAND STATE ATTORNEY GENERAL
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202

David Mattax, Commissioner
TEXAS DEPARTMENT OF INSURANCE
P.O. Box 149104
Austin, TX 78714-9104

Douglas E. Oldmixon, Administrator
TEXAS REAL ESTATE COMMISSION
P.O. Box 12188
Austin, Texas 78711-2188

Ken Paxton
TEXAS STATE ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL
300 W. 15TH STREET
AUSTIN, TX 78701

Dave Jones
CALIFORNIA DEPARTMENT OF INSURANCE
INSURANCE COMMISSIONER
45 FREMONT STREET, 23RD FL
SAN FRANCISCO, CA 94105

Wayne S. Bell
CALIFORNIA DEPARTMENT OF REAL ESTATE
OFFICE OF THE COMMISSIONER
2550 MARIPOSA MALL #3070
FRESNO, CA 93721

Kamala Harris
CALIFORNIA STATE DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

Ralph T. Hudgens
GEORGIA DEPARTMENT OF INSURANCE
OFFICE OF INSURANCE AND SAFETY FIRE COMMISSIONER
OFFICE OF THE COMMISSIONER
TWO MARTIN LUTHER KING, JR. DRIVE
WEST TOWER, SUITE 704
ATLANTA, GA 30334

William L. Rogers, Jr.
GEORGIA REAL ESTATE COMMISSION
OFFICE OF THE COMMISSIONER
229 PEACHTREE STREET, N.E.
INTERNATIONAL TOWER, SUITE 1000
ATLANTA, GA 30303-1605

Sam Olens
GEORGIA STATE ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL
40 CAPITOL SQUARE, SW
ATLANTA, GA 30334

Nick Gerhart
IOWA INSURANCE DIVISION
OFFICE OF THE COMMISSIONER
601 LOCUST ST., 4TH FL
DES MOINES, IA 50309-3738

Jill Simbro, Executive Director
IOWA REAL ESTATE COMMISSION
200 E GRAND STUIE 350
DES MOINES, IA 50309

Tom Miller
IOWA STATE ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL
1305 E.WALNUT STREET
DES MOINES, IA 50319

Tyler E. Williams, III, P.c.
VIRGINIA STATE BAR
P.O. BOX 530
CHARLOTTE COURT HOUSE, VA 23923

Mark Herring
VIRGINIA STATE ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL
900 EAST MAIN STREET
RICHMOND, VA 23219