**RECORDING REQUESTED BY:**

Miah Family Foundation Trust
Paula L Webber, TTEE
Kenneth Sanders, TTEE
1123 State Route 3 North, Ste 244
Gambrills, Maryland 21054

**WHEN RECORDED MAIL TO:**

Miah Family Foundation Trust
Paula L Webber, TTEE
Kenneth Sanders, TTEE
1123 State Route 3 North, Ste 244
Gambrills, Maryland 21054

Tax ID Number:   04-884-90218375
Parcel Number:   04-884-90218375
Property Address: 1552 Penzance Way, Hanover, MD 21076

---

Space above this line for Recorder's use only

## NOTICE OF LIS PENDENS

TO ALL PERSONS be it known of the pending litigation
IN THE UNITED STATES DISTRICT COURT, BALTIMORE MARYLAND

RDB15 CV 0686

Case number _____

**TO:** The named Defendants, AND ALL OTHERS WHOM IT MAY CONCERN:

You are hereby notified that on the 11Th day of March 2015, suit was instituted by the undersigned in the above captioned and styled caused in the United States District Court of Maryland at Baltimore, and that the following are all names of the Defendants/Parties to said suit:

Name of Defendants

| | |
|---|---|
| SHAPIRO BROWN & ALT, LLP, et al<br>REGISTERED AGENTS<br>10021 BALLS FORD ROAD, SUITE 200<br>MANASSAS, VA 20190 | DIANA S. ROSENBERG<br>ROSENBERG & ASSOCIATES, LLC, et al<br>REGISTERED AGENTS<br>7910 WOODMONT AVE<br>BETHESDA, MD 39871 |
| TREANOR POPE & HUGHES, PA, et al<br>REGISTERED AGENTS<br>500 YORK ROAD<br>TOWSON, MD 21204 | WELLS FARGO BANK, N.A.,<br>SUCCESSORS AND/OR ASSIGNEES<br>420 MONTGOMERY ST<br>SAN FRANCISCO, CA 94104 |
| WELLS FARGO HOME MORTGAGE, et al<br>SUCCESSORS AND/OR ASSIGNEES<br>P.O. BOS 10335<br>SAN FRANCISCO, CA 94104 | WELLS FARGO HOME MORTGAGE, et al<br>SUCCESSORS AND/OR ASSIGNEES<br>P.O. BOX 105693<br>ATLANTA, GA 30348-5693 |
| WELLS FARGO HOME MORTGAGE, et al<br>SUCCESSORS AND/OR ASSIGNEES<br>P.O. BOX 14411<br>DES MOINES, IA 50306-3411 | WELLS FARGO HOME MORTGAGE, et al<br>SUCCESSORS AND/OR ASSIGNEES<br>P.O. BOX 10335<br>DES MOINES, IA 50306-0335 |
| WELLS FARGO HOME MORTGAGE, et al<br>SUCCESSORS AND/OR ASSIGNEES<br>P.O. BOX 659558<br>SAN ANTONIO, TX 78265-9558 | Margaret Njeri Kuri<br>VICE PRESIDENT LOAN DOCUMENTATION<br>WELLS FARGO BANK, N.A.<br>4101 WISEMAN BLVD.<br>SAN ANTONIO, TX 78251 |
| Jorge Salamanca<br>VICE PRESIDENT LOAN DOCUMENTATION<br>WELLS FARGO BANK, N.A.<br>4101 WISEMAN BLVD.<br>SAN ANTONIO, TX 78251 | Monica I Montalvo Rivas<br>VICE PRESIDENT LOAN DOCUMENTATION<br>WELLS FARGO BANK, N.A.<br>4101 WISEMAN BLVD.<br>SAN ANTONIO, TX 78251 |

WORLD SAVINGS BANK, FSB, et al
WORLD FEDERAL SAVINGS BANK
SUCCESSORS AND/OR ASSIGNEES
1901 HARRISON STREET
OAKLAND, CA 94612

WACHOVIA BANK, et al
SUCCESSORS AND/OR ASSIGNEES
4101 WISEMAN BLVD
SAN ANTONIO, TX 78251

WORLD SAVINGS & LOAN, et al
SUCCESSORS AND/OR ASSIGNEES
9841 BROKENLAND PARKWAY
COLUMBIA, MD 21046

Gary Bradley
CENTRAL PROCESSING CENTER LLC
340 MAIN STREET
GAITHERSBURG, MD 20878

Sonya Morris
CENTRAL PROCESSING CENTER LLC
340 MAIN STREET
GAITHERSBURG, MD 20878

The following described real estate situated in Anne Arundel County, Maryland is involved in said suit, to-wit
The nature of the lien rights or interest sought to be enforced is as follows:

Plaintiffs brings this action to confirm title, to warn all persons/parties that the title to certain property is in litigation and they are in danger of being bound by an adverse judgment. Plaintiffs compels Defendants to convey legal title to the describe property involved is that certain parcel lot or unit suited and lying and being in Arundel County, Maryland, and based on the fact that Plaintiffs have a secured interest and the Defendants and/or their successors in interest have failed to convey the described legal description and therefore, the purpose of "lis pendens" is to notify prospective purchasers and encumbrancers that any interest acquired by them in property in litigation is subject to decisions of court and while it is simply a notice of pending litigation, the effect thereof on the owner of property is constraining. The second notice is for the purpose of preserving rights pending litigation.

All parties involved in this issue have conspired together to cause Plaintiffs harm. No parties have proven their secured interest in property, and no party has stated a claim where relief can be granted, nor proven that they are the injured party. Defendants hold the interest in trust for the benefit of the Plaintiffs.

All parties listed are contributing to the attempted theft by deception of said property, filing fraudulent documents, attorney's appointing themselves as trustees, and listing Plaintiff as grantor on their filings, attempting to conduct illegal sale of property owned by a trust. Plaintiffs' rights were violated under 18 U.S.C 241, 242, 3571, 872, 876, 1001, 1621, 1963, 42 U.S.C 1983, and caused grave financial harm to Plaintiffs.

LEGAL DESCRIPTION OF PROPERTY:

LOT 15, AS SHOWN ON A PLAT ENTITLED "DORSET AT VILLAGES OF DORCHESTER," AS SHOWN ON PLATS THEREOF RECORDED AMONG THE LAND RECORDS OF ANNE ARUNDEL COUNTY, MARYLAND IN PLAT BOOK 258, PAGES 16-17, PLAT NO'S. 13442-13443. THEREOF RECORDED AMONG THE LAND RECORDS OF ANNE ARUNDEL COUNTY, MARYLAND, BEING IN THE 3RD ELECTION DISTRICT. THE IMPROVEMENTS THEREON BEING KNOWN AS 1552 PENZANCE WAY.

THE ADDRESS OF SAID PROPERTY: 1552 PENZANCE WAY, MD. 21076

TAX ID: 04-884-90218375000
PARCEL NO. 04-884-90218375000

PLAINTIFF'S SECURED INTEREST

| | |
|---|---|
| Years in Home: | 10 |
| Purchase price: | $ 445,000.00 |
| Monthly Payments (including taxes and insurance) | $ 532,350.00 |
| Maintenance and Improvements | $ 850,000.00 |
| Other | $ 700,000.00 |
| Total Estate/Life Estate | $2,527,350.00 |

**Acknowledgement**

State of Maryland        )
                         )
                         )

On this _11_ day of _March_ 2015 before me, _Carnelina C Fleming_, notary public, personally appeared <u>Paula L Webber and Kenneth Sanders</u> whose name is subscribed to the within instrument and acknowledged to me that he executed the same in her authorized capacity and that by his signature on the instrument, the person, or the entity upon behalf of which the person acted, executed this instrument.

I certify under PENALTY OF PERJURY, under the laws of the State of Maryland, that the foregoing paragraph is true and correct.

Notary Stamp/Seal

WITNESS my hand and official seal _[signature]_
                                    Notary Public

My Commission Expires _3/19/17_