LIST OF DOCUMENTS FOR EXHIBIT

1. Exhibit A – Notice of Indemnification Filed in Kent County Recorder: File No. 2014-258194, Bk-RE VL-7272 PG-56
2. Exhibit B – Affidavit of Mailing on July 15, 2014
3. Exhibit C – UCC-3
4. Exhibit D – UCC-1
5. Exhibit E - Lien filed against PAULA LORREEN WEBBER in official records of Kent County Recorder: File No. 2014-253550, Book-Vol/Pg: BK-RE VL-7175, PG. 302 on 4/07/2014.
6. Exhibit F- Notice of Default.
7. Exhibit G - Proof of Publication/Public Notice, Pronouncement of Non-Corporate Status & Affidavit of Publication from the Editor of Washington Post.
8. Exhibit H - Affidavit of Reappointment of Fiduciary for PAULA LORREEN WEBBER;
9. Exhibit I - Lien filed against PAULA LORREEN WEBBER in official records of Kent County Recorder: File No. 2014-256294, Book-Vol/Pg: BK-RE VL-7233, PG-40 on 6/02/2014.
10. Exhibit J - 2nd Notice of Default to U.S. agencies establishing status as non-U.S. citizen, non-resident, non-corporation separating paula lorreen from the legal person known as PAULA LORREEN WEBBER.
11. Exhibit K - Affidavit of Status and Standing of paula lorreen with Demand that must be rebutted point-for-point by all respondents.
12. Exhibit L - Affidavit of Mailing on April 17, 2014.

paula lorreen Family webber