IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
IN BALTIMORE

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 JUN -9  AM 11: 44

CLERK'S OFFICE
AT GREENBELT

BY __BV__ DEPUTY

| | |
|---|---|
| MIAH FAMILY FOUNDATION TRUST Et al., Plaintiffs | ) ) ) ) ) ) |
| vs. | ) ) )   CIVIL Action No. RDB-15-686 |
| SHAPIRO BROWN & ALT, LLP, et al., Defendants | ) )   **MOTION TO ADD AFFIDAVIT OF MAILING** ) ) ) |

## MOTION TO ADD AFFIDAVIT OF MAILING AND ADD EXHIBITS

Comes now Paula lorreen Family, and Kenneth Sanders requesting this Honorable Court Case to add Affidavit of Mailing and add exhibits. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§1331.

WITNESS MY SIGNATURE this ___9th___ day of June 2015

Respectfully submitted,

/s/ _____
Miah Family Foundation Trust
Paula L Webber, TTEE
paula lorreen Family Webber, Naked Owner
1123 State Route 3 North, Ste 244
Gambrills, Maryland 21054

/s/ _____
Miah Family Foundation Trust
Kenneth Sanders, TTEE
1123 State Route 3 North, Ste 244
Gambrills, Maryland 21054

1